UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**SCOTT AUSTIN, et al,**

    **Plaintiffs,**

v.

**BECHTEL CONSTRUCTION COMPANY,**
*a corporation,*

    **Defendant.**                                                                   **No. 12-cv-236-DRH**

### JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on January 3, 2013, this case is **DISMISSED** with prejudice.

                                  **NANCY J. ROSENSTENGEL,**
                                    **CLERK OF COURT**

                      **BY:**       **/s/*Sara Jennings***
                                      **Deputy Clerk**

Dated:   March 11, 2013

David R. Herndon
2013.03.11
09:04:35 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT